UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GERARDO G. FIGUEROA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-10-393 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**
**TO DISMISS FOR LACK OF STATUTORY STANDING**

On July 19, 2011, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that this action be dismissed with prejudice for lack of statutory standing. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is ORDERED that this action is dismissed with prejudice for lack of statutory standing.

SIGNED and ORDERED this 10th day of August, 2011.

_____
Janis Graham Jack
Senior United States District Judge